**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 06-3138M-1 |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joshua A. Segundo, | ) | |
| Defendant. | ) | |

This Court has received and considered Defendant's Motion to Modify Conditions of Release (Dkt. #19) which sets forth that AUSA Liz Barrick and PTS Officer Dan Aguilar have no objection to the Defendant's Motion.

**IT IS ORDERED granting in part and denying in part** Defendant's Motion (Dkt. #19). The Defendant's Sentencing will be continued but not for the requested seven to ten days.

**IT IS FURTHER ORDERED continuing** the sentencing in this matter from Tuesday, May 31, 2006 to **Friday, June 2, 2006 at 11:00 a.m.** before the undersigned in the Sandra Day O'Connor U. S. Courthouse, Courtroom 302, 401 West Washington, Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** that Defendant is authorized to travel to Sells, Arizona

///

///

1 to attend his mother's funeral and reside in Sells upon the express condition that Defendant
2 advises his Pretrial Services Officer the details of his residence in Sells, Arizona.
3     DATED this 26th day of May, 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge